**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jennifer Lynn OSET, Defendant–**
**Appellant.**

**No. 08–50616**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Lynn Lorin Libersky, Young & Libersky, Killeen, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jennifer Lynn Oset has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Oset has filed a response. The record is insufficiently developed to allow consideration at this time of Oset's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Oset's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Oset's request for the appointment of new counsel is DENIED.